IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
ex rel

_SAMUEL MARC_
Full name & prison number
(if any) of Petitioner

NO. 1:CV00-1828

v.

_Immigration and Naturalization Services_
Name of Respondent

①
10/18/00
CY

FILED
SCRANTON

OCT 16 2000

PER ___KMF___
DEPUTY CLERK

(PERSONS IN FEDERAL CUSTODY)

PETITION FOR WRIT OF HABEAS CORPUS

Instructions - READ CAREFULLY

1. In order for this petition to receive consideration by the District Court, it shall be in writing (legibly handwritten or typewritten), and the unsworn declaration signed by the petitioner. It shall set forth in concise form the answers to each applicable question. If necessary, petitioner may finish his answer to a particular question on the reverse side of the page or on an additional blank page. Petitioner shall make it clear to which question any such continued answer refers.

2. Any false statement of a material fact therein may serve as the basis of prosecution and conviction for perjury. Petitioners should therefore exercise care to assure that all answers are true and correct.

3. When the petition is completed, the <u>original and three copies</u> shall be mailed to the Clerk, United States District Court, <u>Middle</u> District of Pennsylvania, P.O. Box 1148, Scranton, Pa. 18501.

If you are unable to pay the $5.00 filing fee for this action, you may petition the court to proceed <u>in forma pauperis</u>. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records.

# 1 : CV00-1828

1. Place of detention **York County Prison (YCP)**

2. Name and location of court which imposed sentence **Immigration And Naturalization Services, York, County, PA.**

3. The indictment number or numbers (if known) upon which and the offense or offenses for which sentence was imposed:

   (a) **A 23-610-770 ;**

   (b) **INA § 237 (a) (2) (i) ;**

   (c) **INA § 237 (a) (2) (iii)**

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) **December 9, 1999**

   (b) **Ordered deported/Remove to HAiti**

   (c) 

5. Check whether a finding of guilty was made

   (a) after a plea of guilty _____

   (b) After a plea of not guilty _____

   (c) after a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by

   (a) a jury _____

   (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

   **Yes !**

-2-

8. If you answered "yes" to (7), list

   (a) the name of each court to which you appealed:

   i. _Board of Immigration Appeals (BIA)_

   ii. _____

   iii. _____

   (b) the result in each such court to which appealed:

   i. _Withdrawn Appeal, due to long_

   ii. _delay awaiting BIA's decision._

   iii. _____

   (c) the date of each such result:

   i. _____

   ii. _____

   iii. _____

   (d) if known, citations of any written opinions or orders entered pursuant to such results:

   i. _____

   ii. _____

   iii. _____

9. State concisely the grounds on which you base your allegation that you are being held in custody unlawfully:

   (a) _Unlawful Delay of Deportation_

   (b) _Illegal Detention_

-3-

(c) *Deprivation of life And liberty*

10. State concisely and in the same order the facts which support each of the grounds set out in (9):

(a) *See Facts →*

(b)

(c)

—4—

----- F A C T S -----

GROUNDS:

A) The Immigration and Naturalization Services brought charges against the petitioner on about September 29, 1999, and by December 9, 1999 petitioner was ordered deported back to his homeland Haiti. Petitioner appealed to the BIA. He then withdrew his appeal, and on May 31, 2000 an administrative final order was entered in petitioners case; Unfortunately, until this day the INS has not yet made any effort to remove him; Thus result to the unlawful delay of petitioner's departure.

B) Petitioner is being illegally detained in INS custody because he is being held without bond, nor any other immediate relief that favors petitioner to possible release, although the 90 days statutory period required by law for the service to remove petitioner has already expired; In that, this court should grant petitioner immediate release with no further proceeding.

C) Petitioner's life and liberty has been cruelly and unusually deprived as INS knowingly, intentionally, and unlawfully continue to detain him without any due process right which is guaranteed to him accordingly. Petitioner prays that his writ of habeas corpus be granted and order the petitioner released immediately and or deport him forthwith.

11. Have you filed previous petitions for habeas corpus motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction:

    _____
    _____

12. If you answered "yes" to (11), list with respect to each petition, motion or application

    (a) the specific nature thereof:

        i. _____
        
        ii. _____
        
        iii. _____

    (b) the name and location of the court in which each was filed.

        i. _____
        
        ii. _____
        
        iii. _____

    (c) the disposition thereof.

        i. _____
        
        ii. _____
        
        iii. _____

    (d) the date of each such disposition:

        i. _____
        
        ii. _____
        
        iii. _____

(e) If known, citations of any written opinions or orders entered pursuant to each such disposition:

i. _____

ii. _____

iii. _____

13. If you did not file a motion under Section 2255 of Title 28 United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

(a)

(b)

(c)

14. Has any ground set forth in (9) been previously presented to this or any other federal court by way of petition for habeas corpus, motion under Section 2255 of Title 28, United States Code, or any other petition, motion or application:

None of the above grounds have been previously brought before any Courts.

-6-

ii. _____

iii. _____

(b) the proceedings at which each such attorney represented you:

i. _____

ii. _____

iii. _____

18. If you are seeking leave to proceed in forma pauperis, have you completed the unsworn declaration setting forth the required information (see instructions, page 1 of this form).

Executed at YCP, York, PA.
          Name of institution, city, state

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/6/2000
          Date

*Samuel Newell*
Signature of Petitioner

-8-