IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL MARC, | : | CIVIL ACTION NO. **1:CV-00-1828** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | FILED SCRANTON |
| Respondent | : | OCT 2 3 2000 |

## ORDER

AND NOW, this 23rd day of **October, 2000**, IT IS HEREBY ORDERED THAT:

1. Petitioner's habeas corpus petition, which has been docketed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, is construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Clerk of Court is directed to note the docket of this case accordingly.

2. Petitioner's request to proceed in forma pauperis **(Doc. 2) is GRANTED.**

3. The Clerk of Court is directed forthwith to serve a copy of the Petition (Doc. 1), together with this Order, by certified mail on the Respondent.

3. Respondent shall show cause within twenty (20) days of the date of this Order why the petitioner should not be granted habeas corpus relief;

4. A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response; and

      5. Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing.

                                                                                             */s/ Thomas M. Blewitt*
                                                                         **THOMAS M. BLEWITT**
                                                                         **United States Magistrate Judge**

**Dated: October 23, 2000**

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 23, 2000

Re: 1:00-cv-01828   Marc v. INS

True and correct copies of the attached were mailed by the clerk to the following:

```
Samuel Marc
CTY-YORK
York County Prison
3401 Concord Road
York, PA  17402
```

```
cc:
Judge                               ( )
Magistrate Judge                    ( )
U.S. Marshal                        ( )
Probation                           ( )
U.S. Attorney                       ( )
Atty. for Deft.                     ( )
Defendant                           ( )
Warden                              ( )
Bureau of Prisons                   ( )
Ct Reporter                         ( )
Ctroom Deputy                       ( )
Orig-Security                       ( )
Federal Public Defender             ( )
Summons Issued                      ( ) with N/C attached to complt. and served by:
                                        U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5                 ( )                    US Atty
Order to Show Cause                 (✓) with Petition attached & mailed certified mail
                                        to: US Atty Gen  (✓)   PA Atty Gen ( )
                                            DA of County ( )   Respondents (✓)

Bankruptcy Court                    ( )
Other_____          ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____10/23/00_____   BY: _____[signature]_____
                                Deputy Clerk