1:00cv1828
MJ Blewitt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br><br>C. Signature<br>X _____ FILED _____ ☐ Agent ☐ Addressee |
| 1. Article Addressed to: 1-00-1828<br><br>INS<br>1600 Callowhill St<br>Phila PA<br>19106<br>(917) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>OCT 30 2000<br>RMP |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Article Number (Copy from service label)
7099 3400 0001 4235 3507

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789