

Samuel Marc
CTY-YORK
York County Prison
3401 Concord Road
York, PA  17402


Re: 1:00-cv-01828

------------------------------

------------------------------

Please file all pleadings directl
the assigned Judge is located.  D
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

------------------------------

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Raymond J. Durk
Magistrate Judge Thomas M. Blewit

------------------------------

Judge James F. McClure
Judge Malcolm Muir