1:00cv1828
Caldwell / MJ Blewitt

(6)
AMD
11/6/01

FILED
SCRANTON

NOV 0 6 2000

PER _____AMV_____
       DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>DEPARTMENT OF JUSTICE<br>C. Signature<br>X  OCT 3 0 2000   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:  1-00-1828<br><br>US Atty General<br>US Dept of Justice<br>Room 511<br>10th Constitution Ave NW<br>Washington DC<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   Ernest L. Parker<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>   7099 3400 0001 4235 3477 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |