*see ar*

⑩
5-1-01
*sc*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SAMUEL MARC,                          :

    Petitioner                    :

                             :

vs.                                   :   CIVIL ACTION NO. 1:CV-00-1828
                                      :

IMMIGRATION AND NATURALIZATION        :
SERVICE,
    Respondent                    :

FILED
HARRISBURG, PA

APR 3 0 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Samuel Marc is an INS detainee currently housed in the York County Prison challenging his detention by way of a habeas petition. We are considering the Report and Recommendation of the United States Magistrate Judge, dated March 29, 2001, which recommends that the petition be denied, in part, because Marc has not been responsive to the INS's filings.

The file shows, however, that documents mailed to the Petitioner have been returned to the Clerk of Court from the Prison as undeliverable. A call to the Prison has revealed that the Petitioner did not previously have an "inmate" number necessary for delivery of the mail. That problem has now been solved, and we will order certain documents be re-sent to the Petitioner so that he may have an opportunity to respond to the government's position.

AO 72A
(Rev 8/82)

Accordingly, this 30th of April, 2001, it is ordered that:

1. The Clerk of Court shall send Petitioner the following documents: Order of the Magistrate Judge, filed October 23, 2000, (Doc. No. 3); Respondent Immigration and Naturalization Service's Response to the Habeas Corpus Petition, filed November 15, 2000, (Doc. No. 7); and the Report of the United States Magistrate Judge, filed March 29, 2001, (Doc. No. 9).

2. Petitioner shall have 20 days from the date of this Order to file opposition to the government's response.

3. If the Petitioner does not comply with paragraph 2, the petition will be dismissed.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

April 30, 2001

Re: 1:00-cv-01828    Marc v. INS

True and correct copies of the attached were mailed by the clerk
to the following:

```
Samuel Marc
CTY-YORK
York County Prison
#55803
3400 Concord Road
York, PA  17402

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA  17108
```

*w docs 3, 7 & 9 as per Order 4/30/01 STS*

```
cc:
Judge                           ( ✓ )              ( ) Pro Se Law Clerk
Magistrate Judge                ( ✓ )              ( ) INS
U.S. Marshal                    ( )                ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen ( )     PA Atty Gen ( )
                                         DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____      ( )
                                                        MARY E. D'ANDREA, Clerk
```

DATE: _____4)30/01_____   BY: _____STS_____
                              Deputy Clerk